IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFF MARTIN,<br><br>             Plaintiff,<br><br>vs.<br><br>ADVANCE STORES COMPANY, INC.,<br><br>             Defendant. | 8:13CV341<br><br>ORDER |

The courts records show the Office of the Clerk of Court sent a letter on November 22, 2013 (Filing No. 4) to:

    Jonathan V. Rehm
    REHM, BENNETT LAW FIRM - LINCOLN
    3701 Union Drive, Suite 200
    Lincoln, NE 68516

The letter directed the attorney to pay the 2013/2014 biennial attorney assessment fee, as required by NEGenR 1.7(h), within fifteen days. As of the close of business on January 13, 2014, the attorney has not complied with the request set forth in the letter from the Office of the Clerk.

    **IT IS ORDERED:**

**On or before January 28, 2014**, attorney Jonathan V. Rehm shall pay the assessment or show cause by written affidavit why he cannot comply with the rules of the court. Failure to comply with this order will result in the court removing Mr. Rehm as counsel of record for the plaintiff.

    Dated this 14th day of January, 2014.

                                                BY THE COURT:

                                                s/ Thomas D. Thalken
                                                United States Magistrate Judge