IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFF MARTIN,<br><br>                Plaintiff,<br><br>vs.<br><br>ADVANCE STORES COMPANY, INC.,<br><br>                Defendant. | 8:13CV341<br><br>ORDER |

Before the court is the Findings and Recommendation ("F&R") of United States Magistrate Judge Thomas Thalken, Filing No. 14, recommending that this court deny the plaintiff's Motion to Remand, Filing No. 9. No objection has been filed to the F&R. Pursuant to NECivR 41.2 , the court has conducted a de novo review of the record and adopts the F&R in its entirety.

THEREFORE, IT IS HEREBY ORDERED:

1. The F&R, Filing No. 14, is adopted in its entirety; and

2. The plaintiff's Motion to Remand, Filing No. 9, is denied.

Dated this 29th day of January, 2014.

                                                    BY THE COURT:

                                                    s/ Joseph F. Bataillon<br>
                                                    United States District Judge